**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| BRIAN MATTHEW MCCALL, and KYLE BIEDERMANN, Plaintiffs, | |
| The STATE OF TEXAS, Herein joined as a necessary Party | |
| v. | Case No. 5:22-cv-00093 |
| Nancy Pelosi Speaker of the United States House of Representatives, Kamala Harris President of the United States Senate, Patrick Leahy President pro tempore of the United States Senate, Senator Charles Schumer United States Senate Majority Leader, Defendants. | |

# *ATTACHMENT
## STATES WITH LEGISLATION FOR A CONVENTION OF STATES.

| • State Applications for an Article V Convention | | | | |
|---|---|---|---|---|
| **State** | **Issue/Subject** | **Date of State's Approval** | **Receipt by Congress** | **Class (or Year of Rescission)** |
| Virginia | Bill of Rights | November 14, 1788 | *AC V.1 258-259* | (II) 2004 |
| New York | Bill of Rights | February 5, 1789 | *AC V.1 282Text* | (II) |
| Georgia | Clarify Amendment X | December 12, 1832 | *J HR V22.2 270-271* | II 2004 |
| South Carolina | Clarify Amendment X | December 19, 1832 | *J HR V22.2 219-220* | II 2004 |
| Alabama | Limitation on Tariffs | January 12, 1833 | *J HR V22.2 361-362* | II |
| Indiana | General and Unlimited Article V Convention | March 13, 1861? | *CG V.37.S 1465-6* | I |
| Ohio | General and Unlimited Article V Convention | March 20, 1861 | *1861 Ohio Laws 181* | I |
| New Jersey | Final Resolution for Slavery | February 1, 1861 | *CG V. 36.2 p. 681* | (II) |
| Kentucky | Final Resolution for Slavery | February 5, 1861 | *CG V.36.2 p. 773* | (II) |
| Illinois | Final Resolution for Slavery | February 28, 1861 | *CG V.36.2 p. 1270* | (??) |

1

| | | | | |
|---|---|---|---|---|
| Nebraska | Direct Election of Senators, Other | April 14, 1893 | *1893 Neb. Laws 466-7* | III |
| Texas | General and Unlimited Article V Convention | June 5, 1899? | *Cong. Rec. Vol. 33, p. 219 ("Concurrent resolution, S.C.R. No. 4")* | I |
| Minnesota | Direct Election of Senators, Other | February 13, 1901? | *CR V.34 p.2561* | (III) |
| Pennsylvania | Direct Election of Senators, II | February 13, 1901? | *CR V.45 p.7118* | (III) |
| Idaho | Direct Election of President, Vice-President and Senators | February 14, 1901? | *CR V.45 p.7114* | ~~III~~ *1999* |
| Montana | Direct Election of Senators, II<br>Direct Election of Senators, II | February 21, 1901?<br>January 31, 1905? | *CR V.35 p.208*<br>*CR V.39 p.2447* | ~~(III)~~ *2007*<br>~~(III)~~ *2007* |
| Oregon | Direct Election of Senators, Other<br>Direct Election of Senators, I<br>Direct Election of Senators, Other | February 23, 1901?<br>March 10, 1903?<br>January 26, 1909? | *CR V.35 p.117*<br>*CR V.45 p.7118*<br>*CR V.43 p.2025* | ~~(III)~~ *2000*<br>~~(III)~~ *2000*<br>~~(III)~~ *2000* |
| Tennessee | Direct Election of Senators, II<br>Direct Election of Senators, Other | March 27, 1901?<br>March 14, 1905? | *CR V.35 p.2344*<br>*CR V.45 p.7119* | ~~(III)~~ *2010*<br>~~(III)~~ |
| Colorado | Direct Election of Senators, I | April 1, 1901? | *CR V.45 p.7113* | (II) |
| Michigan | Direct Election of Senators, Other | April 9, 1901? | *CR V.35 p.117* | (III) |
| Texas | Direct Election of Senators, I | April 17, 1901? | *CR V.45 p.7119* | (II) |
| Arkansas | Direct Election of Senators, Other | April 25, 1901? | *CR V.45 p.7113* | (III) |
| Kentucky | Direct Election of Senators, II | February 10, 1902? | *CR V.45 p.7115* | (III) |
| Illinois | Direct Election of Senators, I<br>Direct Election of Senators, Other | February 10, 1903?<br>May 23, 1907? | *CR V.45 p.7114*<br>*CR V.42 p.164* | (II)<br>(III) |
| Nevada | Direct Election of Senators, II | February 25, 1903? | *CR V.37 p.24* | (III) |
| Utah | Direct Election of Senators, I | March 12, 1903? | *CR V.45 p.7119* | ~~III~~ *2001* |
| Washington | Direct Election of Senators, Other | March 12, 1903? | *CR V.45 p.7119* | (II) |
| Nebraska | Direct Election of Senators, I | March 25, 1903? | *CR V.45 p.7116-7* | (III) |
| Iowa | Direct Election of Senators, I | March 24, 1904? | *CR V.38 p.4959* | (III) |
| Missouri | Direct Election of Senators, II | March 18, 1905? | *CR V.40 p.1905* | (III) |

| | | | | |
|---|---|---|---|---|
| South Dakota | Direct Election of Senators, Other | February 2, 1907? | *CR V.41 p.1907* | (III) |
| | Direct Election of Senators, I | February 9, 1909? | *CR V.43 p.2667-2668* | (III) |
| Delaware | Anti-Polygamy | February 11, 1907? | *CR V.41 p.3011* | ~~III~~ *2016* |
| Missouri | General and Unlimited Article V Convention | March 6, 1907? | *CR V.45 p.7116* | I |
| Indiana | Direct Election of Senators, Other | March 11, 1907? | *CR V.45 p.7114* | (II) |
| Iowa | Direct Election of Senators, Other | March 12, 1907? | *CR V.45 p.7114-5* | (II) |
| Nevada | Direct Election of Senators, I | March 23, 1907? | *CR V.42 p.163* | (II) |
| New Jersey | Direct Election of Senators, I | May 28, 1907? | *CR V.42 p.164* | (III) |
| Louisiana | Direct Election of Senators, Other | November 25, 1907? | *CR V.42 p.5906* | ~~(II)~~ *1990* |
| Oklahoma | Direct Election of Senators, Other | January 20, 1908? | *CR V.45 p.7117-8* | ~~(II)~~ *2009* |
| South Dakota | Anti-Polygamy | February 6, 1909? | *CR V.43 p.2670* | III |
| Kansas | Direct Election of Senators, I | March 6, 1909? | *CR V.45 p.7115* | (II) |
| Wisconsin | Direct Election of Senators, I | May 31, 1910? | *CR V.45 p.7119-20* | (III) |
| Washington | Anti-Polygamy | September 1, 1910? | *CR V.46 p.651* | III |
| Montana | Direct Election of Senators, Other | January 20, 1911? | *CR V.46 p.2411* | ~~(II)~~ *2007* |
| Maine | Direct Election of Senators, Other | February 22, 1911? | *Cong. Rec. Vol. 46, p. 4280 ("Joint resolution")* | (III) |
| Tennessee | Anti-Polygamy | February 17, 1911? | *Cong. Rec. Vol. 47, p. 187 ("Senate joint resolution 43")* | ~~III~~ *2010* |
| Montana | Anti-Polygamy | March 1, 1911? | *Cong. Rec. Vol. 47, pp. 98-99 ("House joint memorial 7"*remainder of text *p. 99* | ~~III~~ *2007* |
| Nebraska | Anti-Polygamy | March 14, 1911? | *Cong. Rec. Vol. 47, p. 99 ("Joint resolution by House and Senate of Nebraska Legislature")* | III |
| Ohio | Anti-Polygamy | March 15, 1911? | *Cong. Rec. Vol. 47, pp. 660-661 ("House joint resolution 13"*remainder of text *p. 661* | III |
| Illinois | Prevent and Suppress Monopolies | May 11, 1911? | *Cong. Rec. Vol. 47, p. 1298 ("House joint resolution 9")* | III |
| Wisconsin | General and Unlimited Article V Convention | June 12, 1911? | *Cong. Rec. Vol. 47, p. 1873 ("Joint resolution (J. Res. 15, S.)")* | I |
| California | Direct Election of Senators, I | June 13, 1911? | *CR V.47 p.2000* | (??) |
| Vermont | Anti-Polygamy | December 18, 1912? | *Cong. Rec. Vol. 49, p. 1433 ("Joint resolution")* | III |
| Illinois | Anti-Polygamy | March 12, 1913? | *Cong. Rec. Vol. 50, pp. 120-121 (Senate joint resolution 12"*remainder of text *p. 121* | III |

| Oregon | Anti-Polygamy | January 20, 1913? | *Cong. Rec. Vol. 49, p. 2463 ("Senate joint resolution 2")* | ~~III~~ *2000* |
| Wisconsin | Anti-Polygamy | March 26, 1913? | *Cong. Rec. Vol. 50, pp. 42-43 (No number, or resolution type, is given for this resolution)*remainder of text *p. 43*See, also, *Cong. Rec. Vol. 50, p. 116* | III |
| Missouri | Supreme Court Jurisdiction | April 15, 1913? | *Cong. Rec. Vol. 50, p. 2428 ("House joint and concurrent resolution 23")* | III |
| Michigan | Anti-Polygamy | July 2, 1913? | *Cong. Rec. Vol. 50, p. 2290 ("House resolution No. 120")* | III |
| South Carolina | Anti-Polygamy | February 15, 1915? | *Cong. Rec. Vol. 53, p. 2442 ("Concurrent resolution")* | ~~III~~ *2004* |
| Louisiana | Mode of Amendment, Other | January 12, 1920? | *CR V.60 p.31* | ~~22~~ *1990* |
| Nevada | Anti-Prohibition | December 7, 1925? | *CR V.67 p.458* | (??) |
| Wisconsin | Direct Election of President and VP | December 7, 1925? | *CR V.67 p.458* | (??) |
| Wisconsin | General and Unlimited Article V Convention | June 10, 1929 | *Cong. Rec. Vol. 71, p. 2590 ("Senate Joint Resolution 65")* | (??) |
| Wisconsin | Article V Requirements Already Met for Convention Call | September 4, 1929? | *Cong. Rec. Vol. 71, p. 3369 ("Senate Joint Resolution 83")* | (??) |
| Wisconsin | Article V Requirements Already Met for Convention Call | September 23, 1929? | *Cong. Rec. Vol. 71, p. 3856 ("Joint Resolution No. 83, S.")* | (??) |
| Massachusetts | Anti-Prohibition | March 13, 1931? | *Cong. Rec. Vol. 75, p. 45 ("Resolutions")* | (III) |
| New York | Anti-Prohibition | December 8, 1931? | *Cong. Rec. Vol. 75, p. 48 ("Assembly 4")* | (IV) |
| Wisconsin | Anti-Prohibition | December 8, 1931? | *Cong. Rec. Vol. 75, p. 57 ("Joint resolution")* | (III) |
| New Jersey | Anti-Prohibition | February 1, 1932? | *Cong. Rec. Vol. 75, p. 3299 ("Joint Resolution 1")* | (III) |
| California | Tax on Government Securities | July 9, 1935? | *Cong. Rec. Vol. 79, p. 10814 ("Senate joint resolution")* | III |
| California | Federal Labor Laws | July 9, 1935? | *Cong. Rec. Vol. 79, p. 10814 ("Senate Joint Resolution 23")* | III |
| Oregon | General Welfare Act of 1937 ("Townsend National Recovery Plan") | February 1, 1939? | *Cong. Rec. Vol. 84, p. 985 ("House Joint Memorial 1")* | ~~III~~ *2000* |
| Wyoming | Income Tax, Limit II | March 8, 1939? | *Cong. Rec. Vol. 84, pp. 2509-2510 ("House Joint Memorial 4")*remainder of text *p. 2510* | ~~III~~ *2009* |
| Maryland | Income Tax, Limit II | March 27, 1939? | *Cong. Rec. Vol. 84, p. 3320 ("House resolution")* **appearing to have been approved only by the Maryland House of Delegates—and NOT at all by the Maryland Senate** | III |
| Rhode Island | Income Tax, Limit I | March 26, 1940? | *Cong. Rec. Vol. 86, p. 3407 ("Resolution")* | III |
| Iowa | Income Tax, Limit II | April 18, 1941? | *Cong. Rec. Vol. 87, p. 3172 ("House Concurrent Resolution 15")* | III |
| Maine | Income Tax, Limit I | April 17, 1941? | *Cong. Rec. Vol. 87, pp. 3370-3371 ("Resolution")*remainder of text *p. 3371* | ~~III~~ *1953* |

| | | | | |
|---|---|---|---|---|
| Massachusetts | Income Tax, Limit I | April 29, 1941? | *Cong. Rec. Vol. 87, pp. 3812-3813 ("Resolutions")* remainder of text *p. 3813* | III 1952 |
| Michigan | Income Tax, Limit I | May 16, 1941? | *Cong. Rec. Vol. 87, p. 4537 ("Senate Concurrent Resolution 20")* | III |
| Iowa | Presidential Term Limits | March 26, 1943? | *Cong. Rec. Vol. 89, p. 2516 ("House Concurrent Resolution 26")* | (III) |
| Illinois | Presidential Term Limits | March 26, 1943? | *Cong. Rec. Vol. 89, pp. 2516-2517 ("Senate Joint Resolution 8")* remainder of text *p. 2517* | (III) |
| Michigan | Presidential Term Limits | April 6, 1943? | *Cong. Rec. Vol. 89, p. 2944 ("Senate Concurrent Resolution 24")* | (III) |
| New Hampshire | Income Tax, II | April 29, 1943? | *Cong. Rec. Vol. 89, pp. 3761-3762 ("A concurrent resolution")* remainder of text *p. 3762* | III 2010 |
| Delaware | Income Tax, Limit I | May 3, 1943? | *Cong. Rec. Vol. 89, p. 4017 ("Senate Concurrent Resolution 6")* | III 2016 |
| Illinois | Income Tax, Limit II | May 26, 1943? | *Cong. Rec. Vol. 98, pp. 742-743 (HJR 32)* remainder of text *p. 743* | III 1952 |
| Pennsylvania | Limited Funding Mandates, Various | May 27, 1943? | *Cong. Rec. Vol. 89, p. 8220 ("Joint resolution")* | III |
| Pennsylvania | Income Tax, Limit II | May 27, 1943? | *CR V.89 pp.8220-8221 ("[House Concurrent resolution [No. 50]")* | III |
| Alabama | Income Tax, Limit I | July 8, 1943? | *Cong. Rec. Vol. 89, pp. 7523-7524 ("House Joint Resolution 66")* remainder of text *p. 7524* | III |
| Wisconsin | Income Tax, Limit I | September 14, 1943? | *Cong. Rec. Vol. 89, p. 7524 ("Assembly Joint Resolution 55")* | III |
| Wisconsin | Presidential Term Limits | September 14, 1943? | *Cong. Rec. Vol. 89, p. 7525 ("Joint Resolution No. 38, A")* | (III) |
| Kentucky | Income Tax, Limit I | March 20, 1944? | *Cong. Rec. Vol. 90, pp. 4040-4041 ("House Resolution 79")* remainder of text *p. 4041* | III 1951 |
| New Jersey | Income Tax, Limit I | February 25, 1944? | *CR V.90 p.6141* | III 1954 |
| California | World Federation | April 14, 1949? | *Cong. Rec. Vol. 95, pp. 4568-4569 ("Assembly Joint Resolution 26")* remainder of text *p. 4569* | IV |
| New Jersey | World Federation | April 14, 1949? | *Cong. Rec. Vol. 95, p. 4571 ("Assembly Concurrent Resolution 17")* | IV |
| North Carolina | World Federation | April 20, 1949? | *Cong. Rec. Vol. 95, pp. 6587-6588 ("Resolution 37")* remainder of text *p. 6588* | IV |
| Michigan | Revenue Sharing, II | May 5, 1949? | *Cong. Rec. Vol. 95, pp. 5628-5629 (HCR 26)* remainder of text *p. 5629* | IV |
| Florida | World Federation | May 16, 1949? | *Cong. Rec. Vol. 95, p. 7000 ("Senate Memorial 282")* | III 2010 |
| Nebraska | Revenue Sharing, II | May 25, 1949? | *Cong. Rec. Vol. 95, pp. 7893-7894 ("Legislative Resolution 32")* remainder of text *p. 7894* | IV 1953 |
| Connecticut | World Federation | June 1, 1949? | *Cong. Rec. Vol. 95, p. 7689 ("Joint Resolution")* | IV |
| Kansas | Income Tax, Limit I | March 28, 1951? | *Cong. Rec. Vol. 97, p. 2936 (SCR 4)* | III |
| Iowa | Revenue Sharing, II | April 17, 1951? | *Cong. Rec. Vol. 97, pp. 3939-3940 (SCR 11)* remainder of text *p. 3940* | IV |
| Florida | Income Tax, Limit I | May 10, 1951? | *Cong. Rec. Vol. 97, pp. 5155-5156 (SCR 206)* remainder of text *p. 5156* | III 2010 |
| Maine | Revenue Sharing, II | June 4, 1951? | *Cong. Rec. Vol. 97, pp. 6033-6034 ("Joint Resolution")* remainder of text *p. 6034* | IV |

| State | Topic | Date | Citation | Col |
|---|---|---|---|---|
| New Hampshire | Revenue Sharing, II | August 28, 1951? | *Cong. Rec. Vol. 97, pp. 10716-10717 ("Concurrent Resolution")* remainder of text *p. 10717* | II 2010 |
| Arkansas | Income Tax, Limit II | February 4, 1952? | *Cong. Rec. Vol. 98, p. 742 (SCR 10)* | III |
| Utah | Income Tax, Limit I | February 11, 1952? | *Cong. Rec. Vol. 98, p. 947 ("Joint Resolution")* | III 2001 |
| New Mexico | Revenue Sharing, II | February 11, 1952? | *Cong. Rec. Vol. 98, pp. 947-948 (HJR 12) p. 948* | IV |
| Georgia | Limited Treaty Powers, Various | January 29, 1952? | *CR V.98 p.1057* | III 2004 |
| Georgia | Income Tax, Limit I | February 6, 1952? | *CR V.98 p.1057* | III 2004 |
| Indiana | Income Tax, Limit II | February 18, 1952? | *Cong. Rec. Vol. 98, pp. 1056-1057 (HCR 10)* remainder of text *p. 1057* | III |
| | Income Tax, Limit II | March 12, 1957? | *Cong. Rec. Vol. 103, pp. 6474-6475 ("House Enrolled Concurrent Resolution 8")* remainder of text *p. 6475* | III |
| Virginia | Income Tax, Limit I | February 21, 1952? | *Cong. Rec. Vol. 98, p. 1496 (HJR 32)* | III 2004 |
| California | Motor Vehicle Tax Distribution | April 16, 1952? | *Cong. Rec. Vol. 98, pp. 4003-4004 (AJR 8)* remainder of text *p. 4004* | III |
| Louisiana | Income Tax, Limit I | January 13, 1953? | *Cong. Rec. Vol. 99, p. 320 ("Concurrent resolution")* remainder of text *p. 321* | III 1954 |
| South Dakota | Mode of Amendment, Other | March 5, 1953? | *Cong. Rec. Vol. 99, pp. 9180-9181 (SJR 4)* remainder of text *p. 9181* | II 2010 |
| | Mode of Amendment, by 12 States | February 15, 1955? | *Cong. Rec. Vol. 101, pp. 2861-2862 (SJR 5)* remainder of text *p. 2862* | II 2010 |
| | Mode of Amendment, Identical Text | March 2, 1963? | *Cong. Rec. Vol. 109, pp. 14638-14639 (SJR 1)* remainder of text *p. 14639* | III 2010 |
| Illinois | Mode of Amendment, Other | June 25, 1953? | *Cong. Rec. Vol. 99, p. 9864 (HJR 37)* | IV |
| | Mode of Amendment, Identical Text | March 5, 1963? | *Cong. Rec. Vol. 109, p. 3788 (SJR 4)* | III |
| Georgia | School Management, States' Right | January 31, 1955? | *Cong. Rec. Vol. 101, p. 1532 ("Resolution")* | III 2004 |
| | School Management, States' Right | February 5, 1959? | *Cong. Rec. Vol. 105, p. 1834 (HR 99)* | III 2004 |
| | School Management, States' Right | March 4, 1965? | *Cong. Rec. Vol. 111, p. 5817 (HR 128-212)* | III 2004 |
| Texas | Mode of Amendment, by 12 States | March 14, 1955? | *Cong. Rec. Vol. 101, pp. 2770-2771 (SCR 15)* remainder of text *p. 2771* | IV |
| | Mode of Amendment, Identical Text | April 4, 1963? | *Cong. Rec. Vol. 109, p. 11852 (HCR 21)* | III |
| Oklahoma | Income Tax, Limit Other | May 23, 1955? | *Cong. Rec. Vol. 101, pp. 8397-8398 (SJR 15)* remainder of text *p. 8398 (referred to the Committee on Finance rather than to the Committee on the Judiciary)* | III 2009 |
| Michigan | Mode of Amendment, by 12 States | April 4, 1956? | *Cong. Rec. Vol. 102, pp. 7240-7241 (HCR 8)* remainder of text *p. 7241* | IV |
| Idaho | Mode of Amendment, by 12 States | April 1, 1957? | *Cong. Rec. Vol. 103 pp. 4831-4832 (HCR 6)* remainder of text *p. 4832* | II 1999 |

| State | Subject | Date | Citation | | |
|---|---|---|---|---|---|
| Indiana | Mode of Amendment, by 12 States | March 12, 1957? | *Cong. Rec. Vol. 103, pp. 6471-6472 ("House Enrolled Concurrent Resolution 2")*remainder of text *p. 6472* | IV | |
| Indiana | Limited Treaty Powers, Various | March 12, 1957? | *Cong. Rec. Vol. 103, pp. 6472-6473 ("House Enrolled Concurrent Resolution 4")*remainder of text *p. 6473* | III | |
| Indiana | Proportional Electoral College, Other | March 12, 1957? | *Cong. Rec. Vol. 103, pp. 6473-6474 ("House Enrolled Concurrent Resolution 7")*remainder of text *p. 6474* | III | |
| Indiana | Repeal of Constitution's 16th Amendment | March 12, 1957? | *Cong. Rec. Vol. 103, pp. 6474-6475 ("House Enrolled Concurrent Resolution 8")*remainder of text *p. 6475* | III | |
| Indiana | Balanced Budget, Other Balanced Budget, Other | March 12, 1957? January 26, 1976? | *Cong. Rec. Vol. 103, pp. 6475-6476 ("House Enrolled Concurrent Resolution 9")*remainder of text *p. 6476* *Cong. Rec. Vol. 122, p. 931 ("Concurrent Resolution")* | III III | |
| Florida | Supreme Court Review, Other | June 5, 1957? | *Cong. Rec. Vol. 103, p. 12787 (SCR 116)* | ~~III~~ *2010* | |
| Alabama | Judicial Term Limits | June 25, 1957? | *Cong. Rec. Vol. 103, p. 10863 (SJR 47)* | III | |
| Connecticut | Prohibit Interstate Income Tax | May 6, 1958? | *Cong. Rec. Vol. 104, pp. 8085-8086 (SJR 9)*remainder of text *p. 8086* | III | |
| Alabama | Limited Federal Preemption | January 1, 1959? | *Cong. Rec. Vol. 105, p. 3083 (SJR 2)* | III | |
| Wyoming | Limit Federal Powers | February 26, 1959? | *Cong. Rec. Vol. 105, pp. 3085-3086 ("Enrolled Joint Resolution 2")*remainder of text *p. 3086* | ~~III~~ *2009* | |
| Arkansas | Validity of 14th Amendment | March 18, 1959? | *Cong. Rec. Vol. 105, p. 4398 (HCR 24)* | III | |
| Nevada | Limit Federal Powers | March 11, 1960? | *Cong. Rec. Vol. 106, p. 10749 (SJR 7)* | III | |
| Louisiana | Limit Federal Powers | June 11, 1960? | *Cong. Rec. Vol. 106, p. 14401 (HCR 22)* | ~~III~~ *1990* | |
| Arkansas | Supreme Court Review, Other | February 2, 1961? | *Cong. Rec. Vol. 107, p. 2154 (HCR 14)* | III | |
| Wyoming | Balanced Budget, Other Balanced Budget, Emergency | February 21, 1961? February 8, 1979? | *Cong. Rec. Vol. 107, p. 2759 ("Enrolled Joint Resolution 4")* *CR V.125 p.2116* | ~~III~~ *2009* ~~IV~~ *2009* | |
| Georgia | Supreme Court Review, Other | March 9, 1961? | *Cong. Rec. Vol. 107, p. 4715 (SR 39)* | ~~III~~ *2004* | |
| South Carolina | Limit Federal Powers | March 11, 1962? | *Cong. Rec. Vol. 108, p. 5051 ("Concurrent Resolution")* | ~~III~~ *2004* | |
| Oklahoma | Mode of Amendment, Identical Text | January 21, 1963? | *Cong. Rec. Vol. 109, p. 1172 ("Enrolled Senate Concurrent Resolution 2")* | ~~III~~ *2009* | |
| Oklahoma | Apportionment of Legislature, I | January 21, 1963? | *Cong. Rec. Vol. 109, pp. 1172-1173 ("Enrolled Senate Concurrent Resolution 3")*remainder of text *p. 1173* | ~~III~~ *2009* | |
| Kansas | Mode of Amendment, Identical Text | January 31, 1963? | *Cong. Rec. Vol. 109, p. 2769 (SCR 3)* | ~~III~~ *1970* | |
| Kansas | Apportionment of Legislature, I | January 31, 1963? | *Cong. Rec. Vol. 109, p. 2769 (SCR 4)* | ~~III~~ *1970* | |

| | | | | |
|---|---|---|---|---|
| Florida | Supreme Court Review, Court of the Union | February 5, 1963? | *Cong. Rec. Vol. 109, pp. 2071-2072 ("Senate Memorial 12-X(63)"* remainder of text *p. 2072* | III *2010* |
| Florida | Mode of Amendment, Identical Text | February 5, 1963? | *Cong. Rec. Vol. 109, p. 2072 ("Senate Memorial 13-X(63)"* | III *2010* |
| Idaho | Apportionment of Legislature, I Apportionment of Legislature, II | February 14, 1963? January 26, 1965? | *Cong. Rec. Vol. 109, p. 2281 (SJM 4)* *Cong. Rec. Vol. 111, p. 1229 (SJM 1)* | III *1999* III *1999* |
| Arkansas | Mode of Amendment, Identical Text | February 21, 1963? | *Cong. Rec. Vol. 109, p. 2768 (HJR 2)* | III |
| Arkansas | Supreme Court Review, Court of the Union | February 21, 1963? | *Cong. Rec. Vol. 109, pp. 2768-2769 (HJR 3)* remainder of text *p. 2769* | III |
| Arkansas | Apportionment of Legislature, I Apportionment of Legislature, II | February 21, 1963? April 5, 1965? | *Cong. Rec. Vol. 109, p. 2769 (HJR 4)* *Cong. Rec. Vol. 111, pp. 6917-6918 (SJR 1)* remainder of text *p. 6918* | III III |
| Arkansas | Proportional Electoral College, Other | February 21, 1963? | *Cong. Rec. Vol. 109, p. 2769 (HJR 12)* | III |
| South Dakota | Proportional Electoral College, Other | March 11, 1963? | *CR V.109 p.3982* | ?? |
| Montana | Apportionment of Legislature, I Apportionment of Legislature, II | March 11, 1963? February 17, 1965? | *Cong. Rec. Vol. 109, p. 3854 (SJR 15)* *Cong. Rec. Vol. 111, p. 2777 ("A Joint Resolution")* | III *2007* III *2007* |
| Idaho | Balanced Budget, Other | March 11, 1963? | *Cong. Rec. Vol. 109, p. 3855 ("SJM 9")* | III *1999* |
| Montana | Proportional Electoral College, I | March 25, 1963? | *Cong. Rec. Vol. 109, p. 4469 ("HJR 13")* | III *2007* |
| Wyoming | Supreme Court Review, Court of the Union | February 14, 1963? | *Cong. Rec. Vol. 109 pp. 4778-4779 ("Enrolled Joint Resolution 2")* remainder of text *p. 4779* | III *2009* |
| Wyoming | Apportionment of Legislature, I | February 9, 1963? | *Cong. Rec. Vol. 109, p. 4779 ("Enrolled Joint Memorial 14")* | III *2009* |
| Wyoming | Mode of Amendment, Identical Text | February 15, 1963? | *Cong. Rec. Vol. 109, p. 4779 ("Enrolled Joint Memorial 15")* | III *2009* |
| Alabama | Supreme Court Review, Court of the Union | March 13, 1963? | *Cong. Rec. Vol. 109, p. 5250 (HJR 13)* | III |
| Washington | Apportionment of Legislature, I | March 30, 1963? | *Cong. Rec. Vol. 109, p. 5867 (HJM 1)* | III |
| Missouri | Apportionment of Legislature, I Apportionment of Legislature, II | April 8, 1963? February 22, 1965? | *Cong. Rec. Vol. 109, p. 5868 (HCR 4)* *Cong. Rec. Vol. 111, p. 3304 (HCR 2)* | III III |
| Missouri | Mode of Amendment, Identical Text | April 8, 1963? | *Cong. Rec. Vol. 109, p. 5868 (HCR 5)* | III |

8

| State | Subject | Date | Citation | Notes |
|---|---|---|---|---|
| Utah | Proportional Electoral College, I | April 8, 1963? | *Cong. Rec. Vol. 109, p. 5947 (HCR 1)* | ~~III~~ *2001* |
| Colorado | Proportional Electoral College, I | April 11, 1963? | *Cong. Rec. Vol. 109, p. 6659 (HJM 4)* | III |
| Colorado | Income Tax, Limit Other | April 25, 1963? | *Cong. Rec. Vol. 109, p. 7060 (SJM 9)* | III |
| Nevada | Apportionment of Legislature, I | February 12, 1963? February 17, 1965? | *Cong. Rec. Vol. 109, p. 9942 (SJR 2)* | III |
| South Carolina | Apportionment of Legislature, I Apportionment of Legislature, II | June 10, 1963? February 18, 1965? | *Cong. Rec. Vol. 109, p. 10441 ("House Concurrent Resolution")* *Cong. Rec. Vol. 111, p. 3304 ("Concurrent Resolution")* | ~~III~~ *2004* |
| South Carolina | Apportionment of Legislature, I | June 10, 1963? | *Cong. Rec. Vol. 109, p. 10442 (SCR 149)* | ~~III~~ *2004* |
| South Carolina | Mode of Amendment, Identical Text | June 10, 1963? | *Cong. Rec. Vol. 109, p. 10441 ("House Concurrent Resolution")* | ~~III~~ *2004* |
| South Carolina | Mode of Amendment, Identical Text | June 10, 1963? | *Cong. Rec. Vol. 109, p. 10442 (SCR 148)* | ~~III~~ *2004* |
| South Carolina | Supreme Court Review, Court of the Union | June 10, 1963? | *Cong. Rec. Vol. 109, pp. 10441-10442 ("House Concurrent Resolution")* remainder of text *p. 10442* | ~~III~~ *2004* |
| South Carolina | Supreme Court Review, Court of the Union | June 10, 1963? | *Cong. Rec. Vol. 109, pp. 10442-10443 (SCR 147)* remainder of text *p. 10443* | ~~III~~ *2004* |
| Texas | Apportionment of Legislature, I Apportionment of Legislature, II | April 4, 1963? July 26, 1965? | *Cong. Rec. Vol. 109, p. 11852 (HCR 22)* *Cong. Rec. Vol. 111, p. 18171 (SCR 24)* | III III |
| Texas | Proportional Electoral College, I | May 22, 1963? | *Cong. Rec. Vol. 109, pp. 11852-11853 (HCR 29)* remainder of text *p. 11853* | III |
| South Dakota | Apportionment of Legislature, I Apportionment of Legislature, II | March 2, 1963? March 1, 1965? | *Cong. Rec. Vol. 109, p. 14639 (SJR 2)* *Cong. Rec. Vol.111, pp.3722-3723 ("Joint resolution")* remainder of text *p. 3723* | ~~III~~ *2010* III |
| Wisconsin | Proportional Electoral College, I | March 2, 1963? | *Cong. Rec. Vol. 109, p. 14808 (Resolution Number Not Provided)* | III |
| Virginia | Apportionment of Legislature, I Apportionment of Legislature, II | March 15, 1964? December 3, 1964? | *Cong. Rec. Vol. 110, p. 5659 (HJR 90)* *Cong. Rec. Vol. 111, pp. 880-881 (HJR 6)* remainder of text *p. 881* | ~~III~~ ~~III~~ 2004 |
| Massachusetts | School Management, Other | March 18, 1964? | *Cong. Rec. Vol. 110, p. 7616 (Unnumbered resolution)* **appearing to have been approved only by the Massachusetts House of Representatives—and NOT at all by the Massachusetts Senate** | III |
| Massachusetts | Senior Pensions | April 23, 1964? | *Cong. Rec. Vol. 110, p. 9875 (Unnumbered resolution)* | III |
| Virginia | Mode of Amendment, Identical Text | December 3, 1964? | *Cong. Rec. Vol. 111, p. 880 (HJR 5)* | ~~III~~ 2004 |

| State | Subject | Date | Citation | Amendment |
|---|---|---|---|---|
| Louisiana | School Management, States' Right | January 6, 1965? | *Cong. Rec. Vol. 111, pp. 164-165 (SCR 3)*remainder of text *p. 165* | *III 1990* |
| Arizona | Apportionment of Legislature, II | February 18, 1965? | *Cong. Rec. Vol. 111, p. 3061 (HCM 1)* | *III 2003* |
| Kansas | Apportionment of Legislature, II | January 27, 1965? | *Cong. Rec. Vol. 111, pp. 3061-3062 (SCR 1)*remainder of text *p. 3062* | *III 1970* |
| South Carolina | School Management, States' Right | February 18, 1965? | *CR V.111 p.3304* | *III 2004* |
| Utah | Apportionment of Legislature, II | March 8, 1965? | *CR V.111 p.4320* | *III 2001* |
| Maryland | Apportionment of Legislature, II | March 25, 1965? | *Cong. Rec. Vol. 111, p. 5820 (SJR 1)* | III |
| North Carolina | Apportionment of Legislature, II | May 17, 1965? | *Cong. Rec. Vol. 111, p. 10673 ("Resolution 60")* | *III 1969-Not Joint* |
| Minnesota | Apportionment of Legislature, II | May 17, 1965? | *Cong. Rec. Vol. 111, p. 10673 ("Resolution 5")* | III |
| Oklahoma | Proportional Electoral College, I | May 12, 1965? | *Cong. Rec. Vol. 111, p. 11488 (SCR 35)* also found at *Cong. Rec. Vol. 111, pp. 11802-11803 ("Enrolled Senate Concurrent Resolution No. 35")* remainder of text *p. 11803* | *III 2009* |
| Louisiana | Apportionment of Legislature, II | June 1, 1965? | *Cong. Rec. Vol. 111, p. 12110 (SCR 25)* | *III 1990* |
| New Hampshire | Apportionment of Legislature, II | June 8, 1965? | *CR V.111 p.12853* | *III 2010* |
| Illinois | Revenue Sharing, Other | June 9, 1965? | *CR V.111 p.14144* | III |
| Florida | Apportionment of Legislature, II | June 22, 1965? | *Cong. Rec. Vol. 111, p. 14308 (HM 2433)* | *III 2010* |
| Mississippi | Apportionment of Legislature, II | July 7, 1965? | *Cong. Rec. Vol. 111, p. 15769 ("S. Con. Res. 101")* | III |
| Mississippi | School Management, States' Right | July 7, 1965? | *Cong. Rec. Vol. 111, pp. 15769-15770 ("S. Con. Res. 102")* remainder of text *p. 15770* | III |
| Mississippi | Anti-Subversion | July 7, 1965? | *Cong. Rec. Vol. 111, p. 15770 ("H. Con. Res. 14")* | III |
| Illinois | Apportionment of Legislature, II Apportionment of Legislature, Other | June 22, 1965 March 13, 1967 | *Cong. Rec. Vol. 111, p. 19379 ("Senate Resolution No. 52" and unicameral--not likewise approved by Illinois House of Representatives)* *Cong. Rec. Vol. 113, p. 8004 (HJR 32)* | *III 1969-Not Joint* III |
| Nebraska | Proportional Electoral College, I | August 10, 1965? | *CR V.111 p.19775* | III |
| Nebraska | Apportionment of Legislature, I | September 22, 1965? | *Cong. Rec. Vol. 111, p. 24723 ("Legislative Resolution")* | III |
| Ohio | Revenue Sharing, Other | September 28, 1965? | *Cong. Rec. Vol. 111, p. 25237 (SJR 16)* | III |
| Kentucky | Apportionment of Legislature, II | October 6, 1965? | *Cong. Rec. Vol. 111, pp. 26073-26074 ("Senate Concurrent "Resolution 8")* remainder of text *p. 26074* | III |
| Alabama | Apportionment of Legislature, II | January 14, 1966? | *Cong. Rec. Vol. 112, pp. 200-201 (SJR 3)*remainder of text *p. 201* | III |
| New Mexico | Apportionment of Legislature, II | January 14, 1966? | *Cong. Rec. Vol. 112, p. 199 (SJR 2)* | III |

| State | Subject | Date | Citation | Status |
|---|---|---|---|---|
| Tennessee | Apportionment of Legislature, II | January 14, 1966? | *Cong. Rec. Vol. 112, p. 199-200 (HJR 34)* remainder of text *p. 200* | ~~III~~ *2010* |
| Illinois | Apportionment of Legislature, Other | March 13, 1967 | *Cong. Rec. Vol. 113, p. 8004 (HJR 32)* | III |
| Indiana | Apportionment of Legislature, II | March 13, 1967? | *Cong. Rec. Vol. 113, p. 6384 ("House Enrolled Concurrent Resolution No. 58")* | III |
| Alabama | Revenue Sharing, Other | April 19, 1967? | *Cong. Rec. Vol. 113, p. 10117-10118 ("Resolution No. 11")* remainder of text *p. 10118* | III |
| North Dakota | Apportionment of Legislature, Other | April 28, 1967? | *Cong. Rec. Vol. 113, p. 11175 (HCR I-1)* | ~~III~~ *2001* |
| Georgia | Revenue Sharing, Other | May 4, 1967? | *Cong. Rec. Vol. 113, pp. 11743-11744 ("Resolution 96")* remainder of text *p. 11744* | ~~III~~ *2004* |
| Texas | Revenue Sharing, Other | June 28, 1967? | *Cong. Rec. Vol. 113, p. 17634 (SCR 12)* | III |
| Illinois | Revenue Sharing, Other | June 28, 1967? | *Cong. Rec. Vol. 113, p. 17634-17635 (SJR 63)* remainder of text *p. 17635* | ~~III~~ *1969-Not Joint* |
| Iowa | Apportionment of Legislature, Other | May 13, 1969? | *Cong. Rec. Vol. 115, p. 12249 (SCR 13)* | III |
| Florida | Revenue Sharing, Other | September 3, 1969? | *Cong. Rec. Vol. 115, p. 24116 (SM 397)* | ~~III~~ *2010* |
| New Hampshire | Revenue Sharing, I | December 1, 1969? | *Cong. Rec. Vol. 115, p. 36153-36154 ("Concurrent resolution...")* remainder of text *p. 36154* | ~~III~~ *2010* |
| Mississippi | School Management, Other | March 5, 1970? | *Cong. Rec. Vol. 113, p. 6097 (SCR 514)* | III |
| | School Management, No Assignment | March 15, 1973? | *Cong. Rec. Vol. 119, p. 8089 (HCR 55)* | IV |
| Louisiana | Anti-Subversion | June 22, 1970? | *Cong. Rec. Vol. 116, pp. 20672-20673 (HCR 4-A)* remainder of text *p. 20673* | ~~III~~ *1990* |
| Louisiana | Income Tax, Limit Other | July 7, 1970? | *Cong. Rec. Vol. 116, p. 22906 (SCR 25)* | ~~III~~ *1990* |
| Louisiana | Revenue Sharing, Other | July 10, 1970? | *Cong. Rec. Vol. 116, p. 23765 (HCR 270)* | ~~III~~ *1990* |
| New Jersey | Revenue Sharing, I | December 16, 1970? | *Cong. Rec. Vol. 116, p. 41879 (SCR 77)* | IV |
| West Virginia | Revenue Sharing, I | January 26, 1971? | *Cong. Rec. Vol. 117, pp. 541-542 (HCR 9)* remainder of text *p. 542* | IV |
| Massachusetts | Revenue Sharing, I | March 4, 1971? | *Cong. Rec. Vol. 117, p. 5020 (Unnumbered resolution)* | IV |
| South Dakota | Revenue Sharing, I | March 8, 1971? | *Cong. Rec. Vol. 117, p. 5303 (HJR 503)* | IV |
| North Dakota | Revenue Sharing, I | April 26, 1971? | *Cong. Rec. Vol. 117, p. 11841 (SCR 4013)* | ~~IV~~ *2001* |
| Louisiana | Revenue Sharing, I | June 15, 1971? | *Cong. Rec. Vol. 117, p. 19801-19802 (SCR 138)* remainder of text *p. 19802* | ~~IV~~ *1990* |
| Ohio | Revenue Sharing, I | June 28, 1971? | *Cong. Rec. Vol. 117, p. 22280 ("Joint Resolution")* | IV |
| Delaware | Revenue Sharing, I | February 18, 1971? | *CR V.117 p.3175* | ~~22~~ *2016* |
| Oregon | Revenue Sharing, I | May 24, 1971? | *CR V.117 p.16574* | ?? |
| Massachusetts | School Management, Other | September 8, 1971? | *Cong. Rec. Vol. 117, p. 30905 (Unnumbered resolution)* | IV |
| | School Management, Other | March 28, 1973? | *CR Vol. 119, pp. 12408-12409 (Unnumbered resolution)* remainder of text *p. 12409* | IV |

| | | | | |
|---|---|---|---|---|
| Michigan | School Management, No Assignment | November 16, 1971? | _CR V.117 pp.41598-41599 (SCR 172) Printed in "Extensions of Remarks" portion of Congressional Record_ remainder of text _p. 41599_ | IV |
| Iowa | Revenue Sharing, I | March 2, 1972? | _Cong. Rec. Vol. 118, pp. 6501-6502 (HJR 1)_ remainder of text _p. 6502_ | IV |
| Florida | Senate Control of Presiding Officer | April 4, 1972? | _Cong. Rec. Vol. 118, p. 11444 (SM 227)_ | ~~IV~~ _2010_ |
| Arizona | School Management, Prayer | April 4, 1972? | _Cong. Rec. Vol. 118, p. 11445 (HCR 2009)_ | ~~III~~ _2003_ |
| Tennessee | School management, No Assignment | May 8, 1972? | _CR V.118 p.16214_ | ~~??~~ _2010_ |
| New York | School Management, Other | October 2, 1972? | _Cong. Rec. Vol. 118, pp. 33047-33048 ("Joint Resolution No. 7)_ remainder of text _p. 33048_ | IV |
| Virginia | Balanced Federal Budget | March 15, 1973? March 10, 1975? March 29, 1976? | _Cong. Rec. Vol. 119, p. 8091 (HJR 75)_ _CR Vol. 121, p. 5793 (SJR 107)_ _CR Vol. 122, pp. 8335-8336 (SJR 36)_ remainder of text _p. 8336_ | ~~IV~~ ~~III~~ ~~IV~~ 2004 |
| Mississippi | Prayer in Public Buildings | March 20, 1973? | _Cong. Rec. Vol. 119, p. 8689 (HCR 14)_ | IV |
| Virginia | School management, No Assignment | April 3, 1973? | _CR V.119 p.10675_ | ~~??~~ 2004 |
| New Jersey | School Management, Other | April 9, 1973? | _CR V.119 p.11446_ | ?? |
| Texas | School Management, No Assignment | April 10, 1973? | _Cong. Rec. Vol. 119, p. 11515 ("House Concurrent Resolution")_ | IV |
| Oklahoma | School Management, No Assignment | April 25, 1973? | _Cong. Rec. Vol. 119, p. 14428 (HCR 1026)_ | ~~III~~ _2009_ |
| Maryland | School Management, Other | May 7, 1973? | _CR V.119 p.14421_ | ?? |
| Nevada | School Management, No Assignment | May 29, 1973? | _Cong. Rec. Vol. 119, pp. 17022-17023 (SJR 7)_ remainder of text _p. 17023_ | IV |
| New Hampshire | School Management, Other | June 5, 1973? | _CR V.119 p.18190_ | ~~??~~ _2010_ |
| Arkansas | Balanced Federal Budget | March 10, 1975? March 8, 1979? | _Cong. Rec. Vol. 121, p. 5793 ("Senate Concurrent Resolution")_ _CR Vol. 125, p. 4372, POM-78 (HJR 1)_ | III IV |
| Mississippi | Balanced Federal Budget | April 29, 1975? | _Cong. Rec. Vol. 121, pp. 12175-12176 (HCR 51)_ remainder of text _p. 12176_ | III |
| Missouri | Right to Life, Various | May 5, 1975? | _Cong. Rec. Vol. 121, p. 12867 (SCR 7)_ | III |
| Nevada | Limited Funding Mandates, Various | June 26, 1975? | _Cong. Rec. Vol. 121, p. 21065 (AJR 47)_ | III |
| Louisiana | Balanced Federal Budget | July 28, 1975? February 8, 1979? July 19, 1979? | _Cong. Rec. Vol. 121, p. 25312 (SCR 109)_ _CR V.125 p.2110-1_ _Cong. Rec. Vol. 125, pp. 19470-19471, POM-394 (SCR 4)_ remainder of text _p. 19471_ | ~~III~~ _1990_ ~~IV~~ _1990_ ~~V~~ _1990_ |
| Kentucky | School Management, No Assignment | September 8, 1975? | _Cong. Rec. Vol. 121, p. 27821 ("House" Joint "Resolution No. 29")_ | III |
| Alabama | Balanced Federal Budget | September 10, 1975? | _Cong. Rec. Vol. 121, p. 28347 (HJR 105)_ | ~~IV~~ _1989_ |

12

| State | Subject | Date | Citation | Status |
|---|---|---|---|---|
| Georgia | Balanced Federal Budget | February 6, 1976? | _Cong. Rec. Vol. 122, p. 2740 (HR 469-1267)_ | ~~IV~~ _2004_ |
| Delaware | Balanced Federal Budget | February 25, 1976? | _Cong. Rec. Vol. 122, p. 4329 (HCR 36)_ | ~~IV~~ _2016_ |
| South Carolina | Balanced Federal Budget | February 25, 1976? February 8, 1979? | _Cong. Rec. Vol. 122, p. 4329 (Numerically Undesignated Resolution)_ _CR V.125 p.2114_ | ~~IV~~ _2004_ ~~IV~~ _2004_ |
| Massachusetts | School Management, No Assignment | April 7, 1976? | _Cong. Rec. Vol. 122, p. 9735, (Unnumbered resolution)_ | III |
| Oklahoma | Limited Funding Mandates, Various | June 7, 1976? | _CR V.122 p.16814_ | III |
| Louisiana | Right to Life, Various | July 22, 1976? | _CR V.122 p.23550_ | ~~IV~~ _1990_ |
| Maryland | Balanced Federal Budget | January 28, 1977? | _Cong. Rec. Vol. 123, pp. 2545-2546, POM-59 (SJR 4)_ remainder of text _p. 2546_ | IV |
| Virginia | Line Item Veto, Various | March 28, 1977? | _CR V.123 p.9289 (1977 House Joint Resolution No. 168)_ | ~~22~~ 2004 |
| New Jersey | Right to Life, Various | April 5, 1977? | _Cong. Rec. Vol. 123, p. 10481, POM-124 ("Senate No. 1271")_ | IV |
| South Dakota | Right to Life, Unborn Right to Life, Sacred Life | April 18, 1977? April 18, 1980? | _Cong. Rec. Vol. 123, p. 11048, POM-135 (HJR 503)_ | ~~IV~~ _2010_ |
| Utah | Right to Life, Various | May 2, 1977? | _Cong. Rec. Vol. 123, pp. 13057-13058, POM-151 (HJR 28)_ remainder of text _p.13058_ | ~~III~~ _2001_ |
| Arkansas | Right to Life, Various | May 20, 1977? | _Cong. Rec. Vol. 123, pp. 15808-15809, POM-189 (HJR 2)_ remainder of text _p. 15809_ | IV |
| Rhode Island | Right to Life, Various | May 20, 1977? | _Cong. Rec. Vol. 123, p. 15809, POM-190 ("Resolution")_ | IV |
| Texas | Balanced Federal Budget | May 30, 1977? | _Cong. Rec. Vol. 125, pp. 5223-5224, POM-95 (HCR 31)_ remainder of text _p. 5224_ | IV |
| Arizona | Balanced Federal Budget | June 14, 1977? | _Cong. Rec. Vol. 123, pp. 18873-18874, POM-231 (HCM 2003)_ remainder of text _p. 18874_ | ~~III~~ _2003_ |
| Massachusetts | Right to Life, Various | June 23, 1977? | _CR V.123 p.20659_ | ?? |
| Indiana | Right to Life, Various | July 22, 1977? | _CR V.123 p.4797_ | ?? |
| Colorado | Balanced Federal Budget | April 5, 1978? | _Cong. Rec. Vol. 124, p. 8778, POM-579 (Senate Joint Memorial No. 1)_ | V |
| Nebraska | Right to Life, Various | April 21, 1978? | _Cong. Rec. Vol. 124, p. 12694, POM-637 (Legislative Resolution No. 152)_ | IV |
| Tennessee | Judicial Term Limits | April 25, 1978? | _Cong. Rec. Vol. 124, p. 11437, POM-612 (HJR 21)_ | ~~III~~ _2010_ |
| Tennessee | Balanced Federal Budget | April 25, 1978? | _Cong. Rec. Vol. 124, pp. 11437-11438, POM-613 (HJR 22)_ remainder of text _p. 11438_ | ~~III~~ _2010_ |
| Pennsylvania | Right to Life, Various | April 25, 1978? | _Cong. Rec. Vol. 124, p. 11438, POM-614 (House Bill No. 71--described as a "Joint Resolution")_ | IV |
| Oklahoma | Balanced Federal Budget | May 3, 1978? | _Cong. Rec. Vol. 124, p. 12397 (POM-629) (HJR 1049)_ | ~~IV~~ _2009_ |
| Kansas | Balanced Federal Budget | May 19, 1978? | _Cong. Rec. Vol. 124, p. 14584, POM-657 (SCR 1661)_ | IV |

| State | Subject | Date | Citation | Status |
|-------|---------|------|----------|--------|
| Delaware | Right to Life, Various | June 9, 1978? | *Cong. Rec. Vol. 124, p. 17055, POM-687 (HCR 9)* | ~~III~~ *2016* |
| North Dakota | Balanced Federal Budget | February 8, 1979? | *CR V.125 p.2113* | ~~II~~ *2001* |
| North Carolina | Balanced Federal Budget | February 22, 1979? | *CR V.125 p.2113-4* | ?? |
| Mississippi | Right to Life, Various | February 26, 1979? | *Cong. Rec. Vol. 125, p. 3196, POM-49 (HCR 3)* | IV |
| Florida | Balanced Federal Budget | March 1, 1979?<br>June 21, 1988? | *Cong. Rec. Vol. 125, p. 3655, POM-59 ("Senate Memorial" No. 234)*<br>*Cong. Rec. Vol. 125, pp. 3655-3656, POM-60 (HM 2801)* remainder of text *p. 3656*<br>*Cong. Rec. Vol. 134, p. 15363, POM-549 (SM 302)* | ~~IV~~ *1988*<br>~~VI~~ *2010* |
| Idaho | Balanced Federal Budget | March 1, 1979? | *Cong. Rec. Vol. 125, p. 3657, POM-64 (HCR 7)* | ~~V~~ *1999* |
| New Mexico | Balanced Federal Budget | March 1, 1979? | *Cong. Rec. Vol. 125, pp. 3656-3657, POM-62 (SJR 1)* remainder of text *p. 3657* | IV |
| South Dakota | Balanced Federal Budget | March 1, 1979? | *Cong. Rec. Vol. 125, p. 3656, POM-61 (SJR 1)* | ~~V~~ *2010* |
| Nebraska | Balanced Federal Budget | March 7, 1979? | *Cong. Rec. Vol. 125, p. 4152, POM-67 (Legislative Resolution No. 106)* | IV |
| Georgia | Right to Life, Various | March 8, 1979? | *Cong. Rec. Vol. 125, p. 4372, POM-79 (House Resolution No. 254)* | ~~IV~~ *2004* |
| Utah | Balanced Federal Budget | March 8, 1979? | *Cong. Rec. Vol. 125, pp. 4372-4373, POM-80 (HJR 12)* | ~~III~~ *2001* |
| Pennsylvania | Balanced Federal Budget | March 12, 1979? | *Cong. Rec. Vol. 125, p. 4627-4628, POM-85 (House Concurrent "Resolution No. 236")* | IV |
| Oregon | Balanced Federal Budget | March 22, 1979? | *Cong. Rec. Vol. 125, p. 5953, POM-104 (SJM 2)* | ~~IV~~ *2000* |
| Indiana | Balanced Federal Budget | May 1, 1979? | *Cong. Rec. Vol. 125, p. 9188, POM-192 ("Senate Enrolled Joint Resolution No. 8")* | IV |
| New Hampshire | Balanced Federal Budget | May 16, 1979? | *Cong. Rec. Vol. 125, p. 11584, POM-223 (HCR 8)* | ~~IV~~ *2010* |
| Iowa | Balanced Federal Budget | June 18, 1979? | *Cong. Rec. Vol. 125, p. 15227, POM-301 (SJR 1)* | IV |
| Nevada | Right to Life, Various | June 25, 1979? | *Cong. Rec. Vol. 125, p. 16350, POM-312 (SJR 27)* | V |
| Nevada | Balanced Federal Budget | January 29, 1980? | *Cong. Rec. Vol. 126, pp. 1104-1105, POM-535 (SJR 8)* remainder of text *p. 1105* | III<br>~~V~~ *1989-Not Joint* |
| Idaho | Right to Life, Various | March 21, 1980? | *Cong. Rec. Vol. 126, p. 6172, POM-602 (SCR 132)* | ~~V~~ *1999* |
| Oklahoma | Right to Life, Various | April 24, 1980? | *Cong. Rec. Vol. 126, p. 8972, POM-701 (HJR 1053)* | ~~IV~~ *2009* |
| Tennessee | Right to Life, Various | May 2, 1980? | *Cong. Rec. Vol. 126, p. 9765, POM-712 (SJR 23)* | ~~IV~~ *2010* |
| Alabama | Right to Life, Various | May 8, 1980? | *Cong. Rec. Vol. 126, p. 10650, POM-717 (SJR 9)* | IV |
| Arizona | Limited Funding Mandates, Various | May 15, 1980? | *Cong. Rec. Vol. 126, p. 11389, POM-730, (HCR 2001)* | ~~III~~ *2003* |

14

| State | Subject | Date | Citation | Col |
|---|---|---|---|---|
| North Dakota | Right to Life, Various | April 27, 1981? | *CR V.127 p.10650* | ?? |
| Alaska | Balanced Federal Budget | February 3, 1982? | *CR V.128 p.798* | ?? |
| Missouri | Balanced Federal Budget | July 21, 1983? | *Cong. Rec. Vol. 129, p. 20352, POM-323 (SCR 3)* | V |
| Arizona | Line Item Veto, Various | June 5, 1984? | *Cong. Rec. Vol. 130, p. 15611, POM-684 (SCR 1008)* | III 2003 |
| South Dakota | Line Item Veto, Various | March 12, 1986? | *Cong. Rec. Vol. 132, pp. 4473-4474, POM-599, ("A Joint Resolution")* remainder of text *p. 4474* | V 2010 |
| Utah | Income Tax, Limit Other | March 30, 1987? | *Cong. Rec. Vol. 133, p. 9736, POM-94 (SJR 8)* | III 2001 |
| South Dakota | Term Limits on Members of Congress | April 4, 1989? | *Cong. Rec. Vol. 135, pp. 5395-5396, POM-42 (HJR 1001)* remainder of text *p. 5396* | IV 2010 |
| Idaho | Income Tax, Limit Other | April 10, 1989? | *CR V.135 p.5895* | V 1999 |
| Georgia | Flag Desecration | April 16, 1991? | *Cong. Rec. Vol. 137, pp. 8085-8086, POM-26 (House "Resolution No. 105")* remainder of text *p. 8086* | IV 2004 |
| Colorado | Limited Funded Mandates, Various | June 26, 1992? | *Cong. Rec. Vol. 138, p. 16552, POM-428 (SJM 92-3)* | V |
| South Dakota | Limited Funded Mandates, Various | March 22, 1993? | *Cong. Rec. Vol. 139, p. 5905, POM-50 (SJR 3)* | V 2010 |
| Missouri | No Judicial Taxing Power | June 29, 1993? | *Cong. Rec. Vol. 139, p. 14565, POM-175 (SCR 9)* | V |
| Delaware | Income Tax, Limit Other | June 28, 1994? | *Cong. Rec. Vol. 140, p. 14718, POM-554 (HCR 56)* | IV 2016 |
| Missouri | Limited Funding Mandates, Various | June 29, 1994? | *Cong. Rec. Vol. 140, pp. 15072-15073, POM-575 (SCR 21)* remainder of text *p. 15073* | V |
| Arizona | No Judicial Taxing Power | March 27, 1996? | *Cong. Rec. Vol. 142, pp. S3012-S3013, POM-523 (SCR 1014)* remainder of text *p. S3013* | III 2003 |
| South Dakota | No Judicial Taxing Power | March 27, 1996? | *Cong. Rec. Vol. 142, p. S3013, POM-526 (HCR 1010)* | III |
| Nevada | Term Limits on Members of Congress | June 29, 1996? | *Nevada Constitution* | III |
| North Dakota | No Judicial Taxing Power | April 6, 2001? | *Cong. Rec. Vol. 147, pp. S3704-S3705, POM-7 ("House Concurrent Resolution No. 3031")* remainder of text *p. S3705* | III |
| Louisiana | Posse Comitatus | April 29, 2008? | *Cong. Rec. Vol. 154, p. S3504, POM-329 ("House Concurrent Resolution No. 38")* | IV |
| Florida | Balanced Federal Budget | April 19, 2010 | *Cong. Rec. Vol. 160, pp. S5563-S5564, POM-323 ("Senate Concurrent Resolution 10")* remainder of text *p. S5564* | V |
| Nebraska | Balanced Federal Budget (Reaffirmation of 1976 Legislative Resolution No. 106) | April 13, 2010 | *"Legislative Resolution No. 538"* | V |
| North Dakota | Mode of Amendment, Other | April 14, 2011 | *"House Concurrent Resolution No. 3048"* | V |

| North Dakota | Increase in federal debt to require approval by majority of state legislatures | April 11, 2011 | *Cong. Rec. Vol. 158, p. S1459, POM-66 ("Senate Concurrent Resolution No. 4007")* | IV |
|---|---|---|---|---|
| Alabama | Balanced Federal Budget | June 1, 2011 | *Cong. Rec. Vol. 160, pp. S3666-S3667, POM-251 ("Senate Joint Resolution No. 100")* remainder of text *p. S3667* | V |
| Louisiana | Increase in federal debt to require approval by majority of state legislatures | June 21, 2011 | *Cong. Rec. Vol. 158, p. S2241, POM-69 ("House Concurrent Resolution No. 87")* | IV |
| New Hampshire | Balanced Federal Budget | May 16, 2012 | *Cong. Rec. Vol. 162, p. S5153, POM-197 ("House Concurrent Resolution 40")* | V |
| Ohio | Balanced Federal Budget | November 20, 2013 | *Cong. Rec. Vol. 160, p. S1174, POM-197 ((Senate) "Joint Resolution No. 5")* | V |
| Georgia | Balanced Federal Budget | February 20, 2014 | *Cong. Rec. Vol. 160, pp. S3667-S3668, POM-254 ("Senate Resolution 371")* remainder of text *p. S3668* | V |
| Georgia | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | March 6, 2014 | *Cong. Rec. Vol. 160, p. S4332, POM-285 ("Senate Resolution No. 736")* | V |
| Michigan | Balanced Federal Budget | March 26, 2014 | *Cong. Rec. Vol. 163, p. S2098, POM-14 ("Enrolled Senate Joint Resolution V")* | V |
| Tennessee | Balanced Federal Budget | April 9, 2014 | *Cong. Rec. Vol. 165, p. S5406, POM-128 ("House Joint Resolution No. 548")* | V |
| Alaska | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | April 19, 2014 | *Cong. Rec. Vol. 160, p. S6021, POM-345 ("House Joint Resolution 22", also referred to as "Legislative Resolve No. 68")* | V |
| Florida | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | April 21, 2014 | *Cong. Rec. Vol. 160, p. S4332, POM-286 ("Senate Memorial 476")* | V |

| | | | | |
|---|---|---|---|---|
| Florida | Balanced Federal Budget | April 21, 2014 | *Cong. Rec. Vol. 160, p. S4333, POM-288 ("Senate Memorial 658")* | V |
| Florida | Legislation in Congress to contain only one subject and that one subject must be clearly expressed in the measure's title | April 23, 2014 | *Cong. Rec. Vol. 160, p. S4333, POM-289 ("House Memorial 261")* | V |
| Vermont | Regulation of election campaign donations and expenditures; end legal concept of "corporate personhood"; overturn 2010 U.S. Supreme Court decision in case of *Citizens United v. Federal Election Commission* | May 2, 2014 | *Cong. Rec. Vol. 160, p. S4331, POM-284 ("Joint Senate Resolution No. 27")* | V |
| Louisiana | Balanced Federal Budget | May 15, 2014 | *Cong. Rec. Vol. 160, p. S5563, POM-322 ("House Concurrent Resolution No. 70")* | V |
| California | Regulation of election campaign donations and expenditures; end legal concept of "corporate personhood"; overturn 2010 U.S. Supreme Court decision in case of *Citizens United v. Federal Election Commission* | June 23, 2014 | *Cong. Rec. Vol. 160, p. S5507, POM-320 ("Assembly Joint Resolution No. 1")* | V |
| Illinois | Regulation of election campaign donations and expenditures; end legal concept of "corporate personhood"; overturn 2010 U.S. Supreme Court decision in case of *Citizens United v. Federal Election Commission* | December 3, 2014 | *Cong. Rec. Vol. 162, p. S71, POM-126 ("Senate Joint Resolution No. 42")* | V |
| South Dakota | Balanced Federal Budget | February 17, 2015 | *Cong. Rec. Vol. 162, p. S6550, POM-255 ("House Joint Resolution No. 1001")* | V |
| New Jersey | Regulation of election campaign donations and expenditures; end legal concept of "corporate personhood"; | February 23, 2015 | *"Senate Concurrent Resolution No. 132"* | V |

17

| | | | | |
|---|---|---|---|---|
| | overturn 2010 U.S. Supreme Court decision in case of *Citizens United v. Federal Election Commission* | | | |
| Utah | Balanced Federal Budget | March 6, 2015 | *"House Joint Resolution No. 7"* | V |
| North Dakota | Balanced Federal Budget | March 24, 2015 | *Cong. Rec. Vol. 161, pp. S2399-S2400, POM-17 ("House Concurrent Resolution 3015")* remainder of text *p. S2400* | V |
| Alabama | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | May 21, 2015 | *Cong. Rec. Vol. 161 pp. S8601-S8602, POM-124 ("House Joint Resolution 112")* remainder of text *p. S8602* | V |
| Tennessee | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | February 4, 2016 | *Cong. Rec. Vol. 163, p. S6534, POM-117 ("Senate Joint Resolution No. 67")* | V |
| Florida | Term limits on Members of Congress | February 10, 2016 | *Cong. Rec. Vol. 163, p. S112, POM-6 ("House Memorial 417")* | V |
| Indiana | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | February 29, 2016 | *Cong. Rec. Vol. 162, p. S6663, POM-256 ("Senate Enrolled Joint Resolution No. 14")* | V |
| West Virginia | Balanced Federal Budget | March 12, 2016 | *Cong. Rec. Vol. 162, p. S5277, POM-201 and POM-202 ("House Concurrent Resolution 36")* | V |
| Alaska | Countermand Amendment, which would allow states to propose initiatives that could repeal any federal statute, executive order, judicial decision, or regulatory decision if | April 16, 2016 | *Cong. Rec. Vol. 164, p. S703, POM-164 (HJR 14, also referred to as "Legislative Resolve No. 49")* | V |

| | | | | |
|---|---|---|---|---|
| | three-fifths of state legislatures approved. | | | |
| Oklahoma | Combination of: (1) Balanced Federal Budget; and (2) Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | April 18, 2016 | *Cong. Rec. Vol. 162, pp. S6354-6355, POM-213 ("Senate Joint Resolution No. 4")* remainder of text *p. S6355* | V |
| Louisiana | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | May 25, 2016 | *"Senate Concurrent Resolution No. 52"* | V |
| Rhode Island | Regulation of election campaign donations and expenditures; end legal concept of "corporate personhood"; overturn 2010 U.S. Supreme Court decision in case of *Citizens United v. Federal Election Commission* (*Rhode Island lawmakers chose to approve two separate unicameral resolutions, rather than to adopt a single bicameral resolution. The validity of this approach is subject to question*). | June 16, 2016 (*R.I. House version*) and June 17, 2016 (*R.I. Senate version*) | *Cong. Rec. Vol. 162, p. S5276, POM-198 (R 326—H 7670)* and *Cong. Rec. Vol. 162, pp. S5276-S5277, POM-199 (R 327—S 2589)* remainder of text *p. S5277* | V |
| Wyoming | Balanced Federal Budget | February 27, 2017 | *"House Enrolled Joint Resolution No. 2"* | V |
| Arizona | Fiscal restraints on the federal government, limiting the power and jurisdiction of the | March 13, 2017 | *Cong. Rec. Vol. 163, pp. S6534-S6535, POM-118 and POM-120 ("House Concurrent Resolution 2010")* remainder of text *p. S6535* | V |

| | federal government, and limiting the terms of office of federal officials, including members of Congress | | | |
|---|---|---|---|---|
| North Dakota | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | March 24, 2017 | *Cong. Rec. Vol. 163, p. S2527, POM-16 ("House Concurrent Resolution No. 3006")* | V |
| Arizona | Balanced Federal Budget | March 27, 2017 | *Cong. Rec. Vol. 163, p. S6535, POM-119 and POM-121 ("House Concurrent Resolution 2013")* | V |
| Texas | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | May 10, 2017 | *Cong. Rec. Vol. 163, p. S4056, POM-65 ("Senate Joint Resolution No. 2")* | V |
| Missouri | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | May 12, 2017 | *Cong. Rec. Vol. 163, pp. S3361-S3362, POM-40 ("Senate Concurrent Resolution No. 4")* | V |
| Wisconsin | Balanced Federal Budget | November 7, 2017 | *Cong. Rec. Vol. 164, pp. S109-S110, POM-154 ("Assembly Joint Resolution No. 21")remainder of text p. S110* | V |
| Alabama | Term Limits on Members of Congress | January 25, 2018 | *Cong. Rec. Vol. 164, pp. S3759-S3760, POM-243 ("House Joint Resolution No. 23")* | V |
| Missouri | Term Limits on Members of Congress | May 17, 2018 | *Cong. Rec. Vol. 164, p. S5422, POM-278 ("Senate Concurrent Resolution No. 40")* | V |
| Arkansas | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of | February 14, 2019 | *Cong. Rec. Vol. 165, pp. S5601-S5602, POM-138 and POM-139 ("Senate Joint Resolution No. 3")* | V |

| | | | | |
|---|---|---|---|---|
| | federal officials, including members of Congress | | | |
| Utah | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress | March 5, 2019 | *"Senate Joint Resolution No. 9"* | V |
| Mississippi | Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials—but specifically excluding the imposition of term limits upon members of Congress | March 27, 2019 | *Cong. Rec. Vol. 165, p. S5447, POM-133 ("Senate Concurrent Resolution No. 596")* | V |
| West Virginia | Term Limits on Members of Congress | March 22, 2021 | *Cong. Rec. Vol. 167, p. S4517, POM-18 ("House Concurrent Resolution No. 9")* | V |
| Oklahoma | Combination of: (1) Balanced Federal Budget; and (2) Fiscal restraints on the federal government, limiting the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress **(reprising 2016 joint resolution numbered as "Senate Joint Resolution No. 4" which is scheduled to expire on December 31, 2023)** | April 20, 2021 | *Cong. Rec., Vol. 167, pages S6839 through S6841, POM-85 and POM-86 ("Senate Joint Resolution No. 23")* | |
| Missouri | Fiscal restraints on the federal government, limiting | May 13, 2021 | *Cong. Rec., Vol. 167, pp. S4770-S4771, POM-22 ("Senate Concurrent Resolution No. 4")* | |

the power and jurisdiction of the federal government, and limiting the terms of office of federal officials, including members of Congress **(reprising 2017 concurrent resolution likewise numbered as "Senate Concurrent Resolution No. 4" which is scheduled to expire on the fifth anniversary of its adoption--that being in 2022)**