# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BILL WALKER,

    Plaintiff,

    v.

MEMBERS OF CONGRESS OF THE UNITED STATES, et al.,

    Defendants.

CASE NO. C04-1977RSM

ORDER OF DISMISSAL

    On October 8, 2004, the Court ordered plaintiff to show cause on or before October 22, 2004, why this action should not be dismissed for lack of jurisdiction. Plaintiff timely responded to that Order, but his response wholly fails to cure the defects identified in the complaint. Moreover, his cause of action, although aimed at new defendants, duplicates an earlier case which this Court dismissed with prejudice. <u>Walker v. United States</u>, C00-2125C. The Court there stated that "It is unambiguously clear that the Court does not have subject matter jurisdiction in this case due to the fact that Plaintiff does not have standing to bring this suit and his complaint raises political questions that are more properly the province of Congress." C00-2125C, Dkt. # 36 (citing <u>Lujan v. Defenders of Wildlife</u>, 504 U.S. 555 (1992) and other cases).

    Accordingly, this action is hereby DISMISSED for lack of jurisdiction. The thirteen motions filed by plaintiff, asking the Court to refer various matters to the United States Attorney General for prosecution, are all STRICKEN.

ORDER OF DISMISSAL - 1

The Clerk shall enter judgment accordingly.

DATED this ____12____ day of ____November____, 2004.


                                                /S/ Ricardo S. Martinez
                                                RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2